UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

GERARDO MIGUEL MORA,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/20/2026

26 Cr. 98 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The initial conference in this matter currently scheduled for March 23, 2026, is ADJOURNED to **March 30, 2026**, at **4:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:  March 20, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge