UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

GERARDO MIGUEL MORA,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/27/2026

26 Cr. 98 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing in this matter currently scheduled for May 5, 2026 at 4:00 p.m., is ADJOURNED to **May 5, 2026**, at **11:30 a.m.**, in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: April 27, 2026
         New York, New York

_____
ANALISA TORRES
United States District Judge